IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH JACKSON,<br><br>      Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>      Defendant. | Civil Action<br>No. 16-7394 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Joseph Jackson seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as plaintiff indicated he receives total monthly income of $2,400 but did not include his gross *monthly* expenditures. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
| **December 28, 2016** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |